## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **DOUGLAS J. MISTELSKE,** | ) | Case No. 1:07-cv-3856 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | **JUDGMENT ENTRY** |
| | ) | |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the above-captioned case is hereby terminated and dismissed as final.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster     December 19, 2008*
**Dan Aaron Polster**
**United States District Judge**